IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA )
)
v. ) CR 06 108 S
) In violation of 21 U.S.C.
) §§ 841(a)(1) and (b)(1)(A)
)
JOSEPH ANTONE, JR. )

INDICTMENT

The Grand Jury charges that:

COUNT ONE

On or about August 31, 2006, in the District of Rhode Island, the defendant, JOSEPH ANTONE, JR., did knowingly and intentionally possess with intent to distribute 50 grams or more of a mixture and substance containing a detectable amount of cocaine base, a Schedule II Controlled Substance, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(A).

A TRUE BILL:

REDACTED

ROBERT CLARKE CORRENTE
United States Attorney

Sandra R. Beckner
Assistant U.S. Attorney

Mary E. Rogers
Assistant U.S. Attorney
Chief, OCDETF Unit

Dated: October 4, 2006