# *UNITED STATES DISTRICT COURT*
***for the***
***District of Rhode Island***

***Case No. CR 06-108S***

***To:*** ***ACI***
***CRANSTON, RI***

RECEIVED
OCT 05 2006
By____________

YOU ARE HEREBY COMMANDED, to have the **body** of **JOSEPH ANTONE, JR**, by you restrained of **his** liberty, as it is said, by whatsoever means detained, together with the day and cause of **his** being detained, before the Honorable **David L. Martin**, Magistrate Judge of the United States District Court for the District of Rhode Island, at the court room of said court, in the City of Providence, at **2:00 o'clock p.m.**, on the **10th** day of **October, 2006,** then and there to do, submit to and receive whatsoever the said Judge then and there determines in that behalf, and have you there and then this writ.

**I hereby certify and return that I did bring before the court the within named defendant, on the date and time ordered.**

**Deputy U.S. Marshal**

WITNESS the Honorable **David L. Martin**

United States Magistrate Judge at Providence, RI
Dated: October 5, 2006.

David A. DiMarzio, Clerk

Arraignment

***By*** ____________________
***Martha Saucier - Deputy Clerk***