1224394

AO 442 (Rev. 5/93) Warrant for Arrest

RECEIVED

OCT 04 2006

US MARSHALS
RHODE ISLAND

# United States District Court

## *District of Rhode Island*

UNITED STATES OF AMERICA

v.

JOSEPH ANTONE, JR.

**WARRANT FOR ARREST**

CASE NUMBER: CR06-108S

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest JOSEPH ANTONE, JR.
Name

and bring him or her forthwith to the nearest Magistrate Judge to answer a(n)

☒ Indictment ☐ Information ☐ Complaint ☐ Order of Court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)

POSSESSION WITH INTENT TO DISTRIBUTE COCAINE BASE

in violation of Title 21 United States Code, Section(s) 841(a)(1)&(b)(1)(A)

JEANNINE THEALL
Name of Issuing Officer

DEPUTY CLERK
Title of Issuing Officer

Theall
Signature of Issuing Officer

October 4, 2006 - PROVIDENCE, RI
Date and Location

Bail fixed at $ ________ by ________
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| at ACI on writ; returned to ACI | | |
| DATE RECEIVED 10/04/2006 | NAME AND TITLE OF ARRESTING OFFICER CJ Wyant SDUSM | SIGNATURE OF ARRESTING OFFICER C J Wyant |
| DATE OF ARREST 10/10/2006 | | |

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.