1227990

AO 442 (Rev. 5/93) Warrant for Arrest

RECEIVED
OCT 04 2006
US MARSHALS
RHODE ISLAND

# United States District Court

## *District of Rhode Island*

UNITED STATES OF AMERICA

v.

DERRICK ISOM

**WARRANT FOR ARREST**

CASE NUMBER: CR06-106-01S

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest DERRICK ISOM
Name

and bring him or her forthwith to the nearest Magistrate Judge to answer a(n)

☒ Indictment ☐ Information ☐ Complaint ☐ Order of Court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)

CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE COCAINE BASE; POSSESSION WITH INTENT TO DISTRIBUTE COCAINE BASE

in violation of Title 21 United States Code, Section(s) 846; 841(a)(1)&(b)(1)(A) & 18:2

JEANNINE THEALL
Name of Issuing Officer

DEPUTY CLERK
Title of Issuing Officer

Signature of Issuing Officer

October 4, 2006 - PROVIDENCE, RI
Date and Location

Bail fixed at $ ______ by ______
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| at Residence by DEA | | |
| DATE RECEIVED 10/04/2006 | NAME AND TITLE OF ARRESTING OFFICER CJ Wyant SDUSM | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST 10/07/2006 | | |

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.