IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| vs. | ) | CR06-108S |
| | ) | |
| | ) | |
| JOSEPH ANTONE, JR. | ) | |

**DEFENDANT'S MOTION TO SUPRESS ORAL AND TANGIBLE EVIDENCE**

Now comes the defendant, Joseph Antone Jr., by and through his attorneys, and respectfully asks that pursuant to Rules 12(b)(3) and 41(h) of the Federal Rules of Criminal Procedure and under the laws and the Constitution of the United States, the Court order the suppression of:

> All evidence, oral or tangible, obtained directly or indirectly, following the unauthorized and unlawful entry by members of the Middletown and Newport Police Departments beginning at approximately 4:10am on August 31, 2006 into a private residence located at 72D Marcus Wheatland Boulevard in Newport, Rhode Island, where Mr. Antone was staying at the time.

The grounds for this motion are set forth in the accompanying memorandum of law. Mr. Antone submits that in

support of this motion he will rely upon facts to be elicited at a future evidentiary hearing and hereby requests such an evidentiary hearing before the court for this purpose. Furthermore, defendant hereby requests the opportunity to submit a written memorandum of law and present oral argument subsequent to said evidentiary hearing.

/s/Joseph J Voccola
Joseph J. Voccola (Bar # 4132)
Law Offices of Joseph J. Voccola
454 Broadway
Providence RI 02903
Phone (401) 751-3900
Fax (401) 751-8983
Sue@joevoccolalawoffices.com

/s/John F. Lusi
John F. Lusi (Bar # 4949)
Law Offices of John F. Lusi
29 Okie Street
Providence, RI 02908
Phone: (401)632-0161
Fax: (401)632-0589
jlusi@cox.net

Certificate of Service

I hereby certify that true copies of the within motion were served by electronic mail to:

Sandra.beckner@usdoj.gov

usariecf@usdoj.gov