AO 458 (Rev. 5/85) Appearance

# United States District Court

DISTRICT OF

## APPEARANCE

CASE NUMBER: 06-108S

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for JOSEPH ANTONE

NOVEMBER 7, 2006

*Date*

*Signature*

JOHN F. LUSI, ESQ., #4949

*Print Name*

29 OKIE STREET

*Address*

PROVIDENCE, RI 02908

*City* *State* *Zip Code*

(401)632-0161

*Phone Number*