UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL NO. 06-108S |
| VS. | : | |
| | : | |
| JOSEPH ANTONE, JR. | : | |

# MOTION FOR DISCLOSURE OF GRAND JURY INFORMATION

COMES NOW the Defendant and, pursuant to Rule 6 of the Federal Rules of Criminal Procedure, moves this Court for entry of an Order directing disclosure to him of the following information pertaining to the Grand Jury which returned the indictment in this case insofar as said information relates to this indictment:

1. The number of grand jurors present at each session during which this indictment and evidence relating thereto or to this Defendant was considered.

2. The number of grand jurors present during the deliberation on the presentment of this indictment.

3. The number of grand jurors concurring in the presentment of this indictment.

4. The identity of any and all grand jurors that were disciplined, removed, or subject to any action whatsoever because of any impropriety of alleged impropriety that occurred during their service.

5. The identity of any agents appointed by or to the grand jury and by whose request and by what authority such appointments were made as well as what disclosures were made to such individuals or any others and by what authority and procedure.

6. A copy of the instructions or the transcript of the instructions given to the grand

jury as to their role and function and as to each offense and element thereof on which they were asked to vote in this case.

7. The transcripts, and if none were made, then the substance of the testimony of each witness who appeared before the grand jury including those regarding this Defendant or any charge presently pending against him.

8. The identity of each grand juror who is or has been connected with a state or federal law enforcement agency.

9. Copies of all orders of immunity and letters of immunity of all witnesses who testified before or provided information for the grand jury conducting this investigation.

As grounds for this motion, Defendant states that he now stands indicted by the grand jury herein and seeks the information requested herein to protect his constitutional right to due process, equal protection of the law and such other rights as obtain.

WHEREFORE, in consideration of the foregoing and such other grounds as may become evident at a hearing hereon, Defendant requests this Court to grant this motion and such other relief as may be deemed just.

/s/Joseph J. Voccola
Joseph J. Voccola (Bar # 4132)
Law Offices of Joseph J. Voccola

454 Broadway
Providence, RI 02909
Phone: (401) 751-3900
Fax: (401) 751-8983
Sue@joevoccolalawoffices.com

/s/John F. Lusi
John F. Lusi (Bar # 4949)
Law Offices of John F. Lusi
29 Okie Street
Providence, RI 02903
Phone: (401) 632-0161
Fax: (401) 632-0589
jlusi@cox.net

CERTIFICATE OF SERVICE

I hereby certify that a true copies of the within Motion for Disclosure of Grand Jury Information were served by electronic mail to:

Sandra.beckner@usdoj.gov

usariecf@usdoj.gov