IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CR06-108S |
| | ) | |
| JOSEPH ANTONE, JR. | ) | |

**DEFENDANT'S MOTION TO SUBPOENA WITNESSES AND DOCUMENTS TO THE SUPPRESSION HEARING CURRENTLY SCHEDULED FOR JANUARY 22, 2007**

Now comes the defendant, Joseph Antone Jr., by and through his attorneys, and respectfully asks that pursuant to Rule 17 of the Federal Rules of Criminal Procedure, the Court order the issuance of the attached thirteen subpoenas.

The grounds for this motion are set forth in an accompanying memorandum of law.

/s/Joseph J Voccola
Joseph J. Voccola (Bar # 4132)
Law Offices of Joseph J. Voccola
454 Broadway
Providence RI 02903
Phone (401) 751-3900
Fax (401) 751-8983
Sue@joevoccolalawoffices.com

/s/John F. Lusi
John F. Lusi (Bar # 4949)
Law Offices of John F. Lusi
29 Okie Street
Providence, RI 02908
Phone: (401)632-0161
Fax: (401)632-0589
jlusi@cox.net

Certificate of Service

I hereby certify that true copies of the within motion were served on January 5, 2007 by electronic mail to:

Sandra.beckner@usdoj.gov

usariecf@usdoj.gov

/s/Joseph J Voccola
Joseph J. Voccola (Bar # 4132)
Law Offices of Joseph J. Voccola
454 Broadway
Providence RI 02903
Phone (401) 751-3900
Fax (401) 751-8983
Sue@joevoccolalawoffices.com

/s/John F. Lusi
John F. Lusi (Bar # 4949)
Law Offices of John F. Lusi
29 Okie Street
Providence, RI 02908
Phone: (401)632-0161
Fax: (401)632-0589
jlusi@cox.net