AO 89 (Rev. 11/91) Subpoena in a Criminal Case

# United States District Court

DISTRICT OF

V.

## SUBPOENA IN A CRIMINAL CASE

CASE NUMBER:

C.R. No. 06-1085

TO:

Custodian of Records
Newport Police Dep't

☒ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE | COURTROOM |
|---|---|
| U.S. District Court<br>One Exchange Terrace<br>Providence, RI 02903 | Courtroom #2 Judge Smith |
| | DATE AND TIME |
| | 1-22-07 9:00 a.m. |

☒ YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

1. All written policies, guidelines, rules, regulations, orders, procedures, and any other documentation of the Newport Police Department pertaining to the conduct of police personel in investigating and charging crimes.

2. Any and all communications records of Newport Police Department personel from August 31, 2006.

3. All department records relating to Joseph Antone, Jr. (DOB 6-24-54)

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT | DATE |
|---|---|
| (By) Deputy Clerk | |

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER:

AO 89 (Rev. 11/91) Subpoena in a Criminal Case

# United States District Court

DISTRICT OF

V.

## SUBPOENA IN A CRIMINAL CASE

CASE NUMBER:
C.R. No. 06-1085

TO: Custodian of Records
Middletown Police Dep't

☒ **YOU ARE COMMANDED** to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE | COURTROOM |
|---|---|
| U.S. District Court<br>One Exchange Terrace<br>Providence, RI 02903 | Courtroom #2 Judge Smith |
| | DATE AND TIME<br>1-22-07 9:00 a.m. |

☒ **YOU ARE ALSO COMMANDED** to bring with you the following document(s) or object(s):

1. All written policies, guidelines, rules, regulations, orders, procedures, and any other documentation of the Middletown Police Department pertaining to the conduct of police personel in investigating and charging crimes.

2. Any and all communications records of Middletown Police Department personel from August 31, 2006.

3. All department records relating to Joseph Antone, Jr. (DOB 6-29-54)

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT | DATE |
|---|---|
| (By) Deputy Clerk | |

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER:

AO 89 (Rev. 11/91) Subpoena in a Criminal Case

# United States District Court

DISTRICT OF

## SUBPOENA IN A CRIMINAL CASE

V.

CASE NUMBER:

CR. No. 06-1085

TO:
Detective Kelly A. Mitchell
Middletown Police Dep't

☒ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE | COURTROOM |
|---|---|
| United States District Court<br>One Exchange Terrace<br>Providence, RI 02903 | Courtroom #2 Judge Smith |
| | DATE AND TIME |
| | 1-22-07 9:00 a.m. |

☒ YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

1. Any and all notes, papers and other documentation prepared by you in connection with this case.

| U.S MAGISTRATE JUDGE OR CLERK OF COURT | DATE |
|---|---|
| (By) Deputy Clerk | |

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER:

AO 89 (Rev. 11/91) Subpoena in a Criminal Case

# United States District Court

DISTRICT OF

V.

## SUBPOENA IN A CRIMINAL CASE

CASE NUMBER:

C.R. No. 06-1085

TO:
Patrol Officer James M. Maclean
Middletown Police Dep't

☒ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE | COURTROOM |
| --- | --- |
| U.S. District Court<br>One Exchange Terrace<br>Providence, RI 02903 | Courtroom #2 Judge Smith |
| | DATE AND TIME<br>1-22-07 9:00 a.m |

☒ YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

1. Any and all notes, papers and other documentation prepared by you in connection with this case.

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT | DATE |
| --- | --- |
| (By) Deputy Clerk | |

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER:

AO 89 (Rev. 11/91) Subpoena in a Criminal Case

# United States District Court

DISTRICT OF

V.

## SUBPOENA IN A CRIMINAL CASE

CASE NUMBER:
C.R No. 06-1085

TO: Detective A. W. Swierk
Middletown Police Dep't

☒ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE | COURTROOM |
|---|---|
| U.S. District Court<br>One Exchange Terrace<br>Providence, RI 02903 | Courtroom #2 Judge Smith |
| | DATE AND TIME |
| | 1-22-07 9:00 a.m. |

☒ YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

1. Any and all notes, papers and other documentation prepared by you in connection with this case.

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT | DATE |
|---|---|
| (By) Deputy Clerk | |

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER:

AO 89 (Rev. 11/91) Subpoena in a Criminal Case

# United States District Court

DISTRICT OF

v.

**SUBPOENA IN A CRIMINAL CASE**

CASE NUMBER:
C.R. No. 06-1085

TO:
Officer Cotellese
Middletown Police Dep't

☒ **YOU ARE COMMANDED** to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE | COURTROOM |
|---|---|
| U.S. District Court<br>One Exchange Terrace<br>Providence, RI 02903 | Courtroom #2 Judge Smith |
| | DATE AND TIME<br>1-22-07 9:00 a.m. |

☒ **YOU ARE ALSO COMMANDED** to bring with you the following document(s) or object(s):

1. Any and all notes, papers and other documentation prepared by you in connection with this case.

| U.S MAGISTRATE JUDGE OR CLERK OF COURT | DATE |
|---|---|
| (By) Deputy Clerk | |

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER:

AO 89 (Rev. 11/91) Subpoena in a Criminal Case

# United States District Court

__________ DISTRICT OF __________

v.

## SUBPOENA IN A CRIMINAL CASE

CASE NUMBER:
C.R. No. 06-1085

TO:

Lt. Frank Kluth
Middletown Police Dep't

☒ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE | COURTROOM |
|---|---|
| U.S. district Court<br>One Exchange Terrace<br>Providence, RI 02903 | Courtroom #2 Judge Smith |
| | DATE AND TIME<br>1-22-07 9:00 a.m. |

☒ YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

1. Any and all notes, papers and other documentation prepared by you in connection with this case.

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT | DATE |
|---|---|
| (By) Deputy Clerk | |

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER:

AO 89 (Rev. 11/91) Subpoena in a Criminal Case

# United States District Court

DISTRICT OF

V.

## SUBPOENA IN A CRIMINAL CASE

CASE NUMBER:
C.R. No. 06-1085

TO: Patrol Officer David F. Bissonnette
Middletown Police Dep't

☒ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE | COURTROOM |
|---|---|
| U.S. District Court<br>One Exchange Terrace<br>Providence, RI 02903 | Courtroom #2 Judge Smith |
| | DATE AND TIME<br>1-22-07 9:00 a.m. |

☒ YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

1. Any and all notes, papers and other documentation prepared by you in connection with this case.

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT | DATE |
|---|---|
| (By) Deputy Clerk | |

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER:

AO 89 (Rev. 11/91) Subpoena in a Criminal Case

# United States District Court

DISTRICT OF

V.

## SUBPOENA IN A CRIMINAL CASE

CASE NUMBER:
C.R. No. 06-1085

TO:
Detective Mark Matoes
Newport Police Dep't

☒ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE | COURTROOM |
|---|---|
| U.S. District Court<br>One Exchange Terrace<br>Providence, RI 02903 | Courtroom #2 Judge Smith |
| | DATE AND TIME<br>1-22-07 9:00 a.m. |

☒ YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

1. Any and all notes, papers and other documentation prepared by you in connection with this case.

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT | DATE |
|---|---|
| (By) Deputy Clerk | |

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER:

AO 89 (Rev. 11/91) Subpoena in a Criminal Case

# United States District Court

DISTRICT OF

v.

## SUBPOENA IN A CRIMINAL CASE

CASE NUMBER: C.R. No. 06-1085

TO: Detective Michael C. Rego
Newport Poice Dep't

☒ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE | COURTROOM |
|---|---|
| U.S. District Court<br>One Exchange Terrace<br>Providence, RI 02903 | Courtroom #2 Judge Smith<br>DATE AND TIME<br>1-22-07 9:00 a.m. |

☒ YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

1. Any and all notes, papers and other documentation prepared by you in connection with this case.

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT | DATE |
|---|---|
| (By) Deputy Clerk | |

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER:

AO 89 (Rev. 11/91) Subpoena in a Criminal Case

# United States District Court

DISTRICT OF

V.

## SUBPOENA IN A CRIMINAL CASE

CASE NUMBER:
C.R. No. 06-1085

TO: Community Police Officer James Winters
Newport Police Dep't

☒ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE | COURTROOM |
|---|---|
| U.S. District Court<br>One Exchange Terrace<br>Providence, RI 02903 | Courtroom #2 Judge Smith |
| | DATE AND TIME |
| | 1-22-07 9:00 a.m. |

☒ YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

1. Any and all notes, papers and other documentation prepared by you in connection with this case.

| U.S MAGISTRATE JUDGE OR CLERK OF COURT | DATE |
|---|---|
| (By) Deputy Clerk | |

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER:

AO 89 (Rev. 11/91) Subpoena in a Criminal Case

# United States District Court

DISTRICT OF

v.

## SUBPOENA IN A CRIMINAL CASE

CASE NUMBER:
C.R. No. 06-1085

TO: Lt. Mare Santasieri
Newport Police Dep't

☒ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE | COURTROOM |
|---|---|
| U.S. District Court<br>One Exchange Terrace<br>Providence, RI 02903 | Courtroom #2 Judge Smith |
| | DATE AND TIME<br>1-22-07 9:00 a.m. |

☒ YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

1. Any and all notes, papers and other documentation prepared by you in connection with this case.

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT | DATE |
|---|---|
| (By) Deputy Clerk | |

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER:

AO 89 (Rev. 11/91) Subpoena in a Criminal Case

# United States District Court

DISTRICT OF

v.

## SUBPOENA IN A CRIMINAL CASE

CASE NUMBER:
C.R. No. 06-1085

TO: Sergeant Robert A. Harvey
Newport Police Dep't

☒ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE | COURTROOM |
|---|---|
| U.S. District Court<br>One Exchange Terrace<br>Providence, RI 02903 | Courtroom #2 Judge Smith |
| | DATE AND TIME<br>1-22-07 9:00 a.m. |

☒ YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

1. Any and all notes, papers and other documentation prepared by you in connection with this case.

| U.S MAGISTRATE JUDGE OR CLERK OF COURT | DATE |
|---|---|
| (By) Deputy Clerk | |

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER: