UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | CR No. 06-108S |
| Joseph Antone, Jr., | ) | |

**ORDER**

Following hearing on Defendant's Motion for Disclosure of Grand Jury Information, the Court conducted an in camera review of Grand Jury proceedings to ensure a sufficient number of Grand Jurors voted to indict pursuant to Fed. R. Crim. Pro. 6(f).

The requirements of Rule 6(f) having been satisfied, and for the reasons stated on the record in this matter, Defendant's motion is DENIED.

By Order

/s/ Doreen Baldinelli
Deputy Clerk

ENTER:

/s/ William E. Smith
William E. Smith
United States District Judge
Date: January 17, 2007