AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

## *District of Rhode Island*

USA v. Joseph Antone, Jr.

EXHIBIT AND WITNESS LIST

CASE NUMBER: CR06-108S

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| William E. Smith | Sandra Beckner | Joseph Voccola, Jr. |
| TRIAL DATE(S) 1/22/07 + 1/25/07 | COURT REPORTER Anne Clayton | COURTROOM DEPUTY Doreen L. Baldinelli |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS. AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | W-1 Det William Swienk |
| | A | 1/25/07 | ID. | Full | Room Receipt |
| | | | | | W-3 Det Mark Matoes |
| | | | | | W-2 Det. Kelly Mitchell |
| 1 | | 1/22/07 | ID | Full | Rights |
| 2 | | 1/22/07 | ID | Full | Consent to Search |
| 4 | | 1/22/07 | | Full | Written Statement |
| 3 | | 1/22/07 | | Full | CD Recording |
| | | | | | |
| | | | | | 1/25/07 - Day 2 |
| 3-A | | 1/25/07 | | Full | Substitution of Exhibit #3 |
| 5 | | 1/25/07 | ID | Full | Search Warrant |
| | | | | | |
| | | | | | W-4 Michael C. Rego |
| | B | 1/25/07 | ID. | | Newport Police Dept Report |
| | | | | | |
| | | | | | W-5 Jane Baker |
| | C | | ID | Full | Picture |
| | C-1 | | | Full | Marking on Picture Exh #C |
| | | | | | |
| | | | | | W-6 Joseph Antone, Jr. |
| | | | | | |

include a notation as to the location of any exhibit not held with the case file or not available because of size.