IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA )
)
)
vs. ) CR06-108S
)
)
JOSEPH ANTONE, JR. )

**DEFENDANT'S UNOPPOSED MOTION FOR THE ENLARGMENT OF TIME**

Now comes the defendant, Joseph Antone Jr., by and through his attorneys, and respectfully asks that pursuant to Rule 45(b) of the Federal Rules of Criminal Procedure the court extend the time within which memoranda shall be filed by both parties on defendant's pending motion to suppress from Thursday, February 8, 2007 to on or before Friday, February 16, 2007. The government does not oppose this proposed extension of eight days.

/s/ Joseph J Voccola
Joseph J. Voccola, Esq. (Bar #4132)
Law Offices of Joseph J. Voccola
454 Broadway
Providence RI 02903
Phone (401) 751-3900
Fax (401) 751-8983
suejoevoccolalawoffices.com

/s/ John F. Lusi
John F. Lusi, Esq. (Bar. #4949)
Law Offices of John F. Lusi
29 Okie Street
Providence RI 02908
Phone (401) 632-0161
Fax (401) 632-0589
jlusi@cox.net

Certificate of Service

I hereby certify that true copies of the within motion were served by electronic mail to:

Sandra.beckner@usdoj.gov

usariecf@usdoj.gov

/s/ Joseph J Voccola
Joseph J. Voccola, Esq. (Bar #4132)
Law Offices of Joseph J. Voccola
454 Broadway
Providence RI 02903
Phone (401) 751-3900
Fax (401) 751-8983
suejoevoccolalawoffices.com

/s/ John F. Lusi
John F. Lusi, Esq. (Bar. #4949)
Law Offices of John F. Lusi
29 Okie Street
Providence RI 02908
Phone (401) 632-0161
Fax (401) 632-0589
jlusi@cox.net