IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA )
)
vs. ) Cr. No. 06-108S
)
JOSEPH ANTONE )

GOVERNMENT'S MOTION TO DISMISS

Pursuant to Fed. R. Cr. P. 48(a), the United States of America moves the Court to dismiss the Indictment with prejudice. The Court issued an order granting the defendant's motion and suppressing the evidence against the defendant. The government will not be appealing the Court's order and respectfully requests that the Court dismiss the Indictment against the defendant.

Respectfully submitted,

UNITED STATES OF AMERICA

By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/s/ SANDRA R. BECKNER
SANDRA R. BECKNER
Assistant U. S. Attorney
NY Bar
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
sandra.beckner@usdoj

CERTIFICATION

I hereby certify that on April 26, 2007, a copy of the within "Motion to Dismiss" was filed electronically and is available for viewing and downloading from the ECF system.

Electronic notification:

Mr. Joseph J. Voccola
454 Broadway
Providence, RI 02903
Phone (401) 751-3900
Fax (401) 751-8983
sue@joevoccolalawoffices.com

Mr. John F. Lusi
Law Offices of John F. Lusi
29 Okie Street
Providence, RI 02908
Phone: (401) 632-0161
Fax: (401) 632-0589
jlusi@cox.net

/s/ SANDRA R. BECKNER
SANDRA R. BECKNER
Assistant U. S. Attorney
NY Bar
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
sandra.beckner@usdoj