**United States District Court**
**for the District of Rhode Island**

United States of America

vs. Case No. CR06-108S

Joseph Antone, Jr.

## EXHIBIT RECEIPT

Government's exhibit(s) for Motion to Suppress Hearing: 1, 2, 3, 3A, 4, 5

Signature of Attorney:

David A. DiMarzio, Clerk

Deputy Clerk