**United States District Court**
**for the District of Rhode Island**

United States of America

vs. Case No. CR06-108S

Joseph Antone, Jr.

## EXHIBIT RECEIPT

Defendant's exhibit(s) for Motion to Suppress Hearing: A, B, C, C-1

Signature of Attorney:

John F. Lusi (signature)

David A. DiMarzio, Clerk

Wendy Sich (signature)

Deputy Clerk