United States District Court
for the District of Rhode Island

United States of America

vs. Case No. CR06-108S

Joseph Antone, Jr.

**EXHIBIT RECEIPT**

Defendant's exhibit for 1/12/2007 Motion Hearing: A

Signature of Attorney: David A. DiMarzio, Clerk

John F. Fusi Wendy Gail

Deputy Clerk